**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JESUS AGUILAR,

Plaintiff

v.

D. LOZANO, et al.,

Defendants.

CASE No. 1:10-cv-00706-LJO-SAB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, RECOMMENDING DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE TO INITIATE SERVICE OF PROCESS

(ECF No. 10)

Plaintiff Jesus Aguilar ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 19, 2013, the Magistrate Judge issued a findings and recommendations recommending that the complaint proceed against Defendants Lozano and Fannell for deliberate indifference toPlaintiff's serious medical needs in violation of the Eighth Amendment and to dismiss any other claims for relief under section 1983. 28 U.S.C. § 1915A. (ECF No. 10.) Plaintiff did not file any objections to the findings and recommendations.

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. This action proceed on Plaintiff's complaint, filed April 22, 2010, against Defendants Lozano and Fannell for deliberate indifference in violation of the

Eighth Amendment;

2. Plaintiff's remaining federal and state law claims be dismissed, with prejudice, for failure to state a claim;

3. Defendants Hearst and Ibarra be dismissed from this action for Plaintiff's failure to state a claim against them under section 1983; and

4. This matter is referred back to the Magistrate Judge to initiate service of process proceedings.

IT IS SO ORDERED.

Dated: **September 16, 2013** **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE