1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **EASTERN DISTRICT OF CALIFORNIA**

7

8 JESUS AGUILAR,                              CASE No. 1:10-cv-00706-LJO-SAB (PC)

9              Plaintiff                     ORDER ADOPTING FINDINGS AND
                                            RECOMMENDATIONS,
10       v.                                  RECOMMENDING DISMISSING
                                            CERTAIN CLAIMS AND DEFENDANTS,
11 D. LOZANO,  et al.,                       AND REFERRING MATTER BACK TO
                                            MAGISTRATE JUDGE TO INITIATE
12             Defendants.                   SERVICE OF PROCESS

13                                           (ECF No. 10)

14

15        Plaintiff Jesus Aguilar ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights

16 action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

17 pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

18        On April 19, 2013, the Magistrate Judge issued a findings and recommendations

19 recommending that the complaint proceed against Defendants Lozano and Fannell for deliberate

20 indifference toPlaintiff's serious medical needs in violation of the Eighth Amendment and to

21 dismiss any other claims for relief under section 1983.  28 U.S.C. § 1915A.  (ECF No. 10.)

22 Plaintiff did not file any objections to the findings and recommendations.

23        Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a <u>de novo</u> review of this

24 case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations

25 to be supported by the record and by proper analysis.

26        Accordingly, it is HEREBY ORDERED that:

27        1.      This action proceed on Plaintiff's complaint, filed April 22, 2010, against

28                Defendants Lozano and Fannell for deliberate indifference in violation of the

Eighth Amendment;

2.     Plaintiff's remaining federal and state law claims be dismissed, with prejudice, for failure to state a claim;

3.     Defendants Hearst and Ibarra be dismissed from this action for Plaintiff's failure to state a claim against them under section 1983; and

4.     This matter is referred back to the Magistrate Judge to initiate service of process proceedings.

IT IS SO ORDERED.

Dated:    **September 16, 2013**      **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE